[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Michelle Falk, et al )
                  Plaintiff(s), )  Case No: 4:17-cv-4871
v. )
Nissan North America, Inc. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                  Defendant(s). ) (CIVIL LOCAL RULE 11-3)

I, Lawrence Deutsch, an active member in good standing of the bar of Supreme Court of PA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Shimon Yiftach, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1622 Locust Street<br>Philadelphia, PA 19103 | 1925 Century Park East, Suite 1990<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(215) 875-3062 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(424) 322-0322 |
| MY EMAIL ADDRESS OF RECORD:<br>ldeutsch@bm.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>shimony@bgandg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 45653.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/13/17            Lawrence Deutsch
                                                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lawrence Deutsch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/14/2017           *Haywood S. Gilliam Jr.*
                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Lawrence Deutsch, Esq.*

DATE OF ADMISSION

*May 8, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 26, 2017

*Patricia Johnson*
_____
Patricia A. Johnson
Chief Clerk