1 MICHAEL J. STORTZ (SBN 139386)
michael.stortz@dbr.com
2 MARSHALL L. BAKER (SBN 300987)
marshall.baker@dbr.com
3 DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
4 San Francisco, California 94105-2235
Telephone: 415-591-7500
5 Facsimile: 415-591-7510

6 E. PAUL CAULEY (*pro hac vice*)
paul.cauley@dbr.com
7 DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
8 Dallas, Texas 75201-7367
Telephone: 469-623-
9 Facsimile: 469-623-

10 Attorneys for Defendant
NISSAN NORTH AMERICA, INC.
11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 OAKLAND DIVISION

15

| | |
|---|---|
| 16 MICHELLE FALK, INDHU JAYAVELU, | Case No. 4:17-cv-04871-HSG |
| 17 PATRICIA L. CRUZ, DANIELLE TROTTER, AND AMANDA MACRI, individually and on | **JOINT STIPULATION TO EXTEND** |
| 18 behalf of all others similarly situated, | **PAGE LIMIT OF NNA'S MOTION TO** **DISMISS; ORDER** |
| 19 Plaintiffs, | |
| 20 v. | |
| 21 NISSAN NORTH AMERICA, INC., | |
| 22 Defendant. | |

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND PAGE
LIMIT OF NNA'S MOTION TO DISMISS

CASE NO. 4:17-CV-04871-HSG

1  Defendant Nissan North America, Inc. ("NNA") and Plaintiffs Michelle Falk, Indhu

2  Jayavelu, Patricia L. Cruz, Danielle Trotter, Amanda Macri, and Cynthia Garrison ("Plaintiffs"),

3  by and through their respective undersigned counsel of record, hereby stipulate to agree as

4  follows:

5  WHEREAS, pursuant to stipulated order (Dkt. No. 18), Plaintiffs filed their First

6  Amended Complaint ("FAC"), on September 27, 2017.  *See* Dkt. No. 19.

7  WHEREAS, Plaintiffs' FAC asserts individual claims for Plaintiffs, and claims on behalf

8  of a nationwide class, or in the alternative, six subclasses of residents from Plaintiffs' respective

9  home states of California, Ohio, New York, Colorado, Massachusetts and Illinois ("Plaintiffs'

10  States").

11  WHEREAS, Plaintiffs' FAC asserts 15 claims for relief, including claims for breach of

12  warranty under state and federal law, for alleged violation of eight (8) separate consumer

13  protection statutes in Plaintiffs' States, and for broad equitable, injunctive, and declaratory relief.

14  *See* FAC, Dkt. No. 19.

15  WHEREAS, NNA's Motion to Dismiss Plaintiffs' FAC is due October 26, 2017.  *See*

16  Dkt. No. 18.

17  WHEREAS, given the number and complexity of the claims asserted by Plaintiffs in the

18  FAC, the Parties have agreed to provide NNA a five (5) page increase in the page limits set forth

19  in Civil L.R. 7-2 for purposes of its Motion to Dismiss.

20  THEREFORE, the Parties hereby stipulate and agree as follows:

21  •  NNA's memorandum in support of its Motion to Dismiss shall not exceed thirty

22  (30) pages in length, exclusive of the caption page, notice of motion, table of

23  contents, and table of authorities.

24  / / /

25  / / /

26  / / /

27  / / /

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND PAGE
LIMIT OF NNA'S MOTION TO DISMISS          - 2 -          CASE NO. 4:17-CV-04871-HSG

Dated: October 24, 2017

DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
  Michael J. Stortz
  Marshall L. Baker

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

Dated: October 24, 2017

WHITFIELD BRYSON & MASON LLP

By: /s/ Gary Mason
  Gary Mason (*pro hac vice*)

Attorneys for Plaintiffs

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24 day of October, 2017 in San Francisco, California.

By:   /s/ Michael J. Stortz
  Michael J. Stortz

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 24, 2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND PAGE
LIMIT OF NNA'S MOTION TO DISMISS

- 3 -

CASE NO. 4:17-CV-04871-HSG