Shimon Yiftach (SBN 277387)
shimony@bgandg.com
BRONSTEIN, GEWIRTZ & GROSSMAN
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
T: (424) 322-0322
F: (212) 697-7296

*Attorneys for Plaintiffs*

[*Additional counsel appear on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AND AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:17-cv-04871-HSG<br><br>**STIPULATION TO EXCEED PAGE LIMITS FOR PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION TO DISMISS**<br><br>Date: January 11, 2018<br>Time: 2:00 p.m.<br>Ctrm: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to L.R. 7-1, Plaintiffs Michelle Falk, Indhu Jayavelu, Patricia L. Cruz, Danielle Trotter, Cynthia Garrison, and Amanda Macri (collectively, "Plaintiffs"), and Defendant Nissan North America, Inc. ("Defendant" or "Nissan"), stipulate and agree as follows:

WHEREAS, Plaintiffs' response to Defendant's Motion to Dismiss is due on December 1, 2017;

WHEREAS, Defendant's Motion to Dismiss raises numerous complex issues;

WHEREAS, L.R. 7-3(a) states that "Any opposition.. may not exceed 25 pages of text[;]"

WHEREAS, the Plaintiffs anticipate that the page limit contained in L.R. 7-3(a) will not allow them to adequately address the issues raised in Defendant's Motion to Dismiss; and

| | |
|---|---|
| 1 | WHEREAS, the parties have agreed that Plaintiffs may file a response to Defendant's Motion to Dismiss of no more than 30 pages. |
| 2 | |
| 3 | NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that Plaintiffs may file a response to Defendant's Motion to Dismiss of no more than 30 pages. |

IT IS SO STIPULATED.

DATED: November 27, 2017

/s/ Michael J. Stortz_____
Michael J. Stortz (SBN 139386)
Marshall L. Baker (SBN 300987)
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235
T: (415) 591-7500
F: (415) 591-7500
michael.stortz@dbr.com
marshall.baker@dbr.com

E. Paul Cauley, Jr.*
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, TX 75201-7367
T: (469) 357-2500
F: (469) 327-0860
paul.cauley@dbr.com

/s/ Shimon Yiftach_____
Shimon Yiftach (SBN 277387)
BRONSTEIN GEWIRTZ & GROSSMAN
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
T: (424) 322-0322
F: (212) 697-7296
shimony@bgandg.com

Gary E. Mason*
WHITFIELD BRYSON & MASON, LLP
5101 Wisconsin Ave., NW
Suite 305
Washington, D.C. 20016
T: (202) 429-2290
F: (202) 429-2294
gmason@wbmllp.com

Lawrence Deutsch*
Jeffrey Osterwise*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
T: (215) 875-3062
F: (215) 875-4604
ldeutsch@bm.net
josterwise@bm.net

Nicholas A. Migliaccio*
Jason S. Rathod*
MIGLIACCIO & RATHOD, LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
T: (202) 470-3520
F: (202 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Gary S. Graifman, Esq.**
Jay I. Brody, Esq.**
KANTROWITZ GOLDHAMER
& GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
T: (845) 356-2570
F: (845) 356-4335
ggraifman@kgglaw.com
jbrody@kgglaw.com

* Admitted *pro hac vice*
** Motion for admission *pro hac vice* pending

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/28/2017

*Haywood S. Gilliam Jr.*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE