| | |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Michelle Falk, etc.

                        Plaintiff(s),

    v.

Nissan North America

                        Defendant(s).

Case No: 4:17-cv-04871

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Gary S. Graifman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Shimon Yiftach, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 747 Chestnut Ridge Road<br>Chestnut Ridge, New York 10977 | 1925 Century Park East, Suite 1990<br>Los Angeles, California 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (845) 356-2570 | (424) 322-0322 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ggraifman@kgglaw.com | shimony@bgandg.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1704410.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/21/17

                                                             Gary S. Graifman
                                                             APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Gary S. Graifman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/5/2017

                                                           *Haywood S. Gilliam Jr.*
                                           UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                               *October 2012*

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>        Gary Steven Graifman        </u>, Bar # <u>    GG2276    </u>

was duly admitted to practice in this Court on

<u>    MARCH 3, 1981    </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>300 Quarropas Street White Plains, New York</u>   on   <u>NOVEMBER 17, 2017</u>

<u>Ruby J. Krajick</u>
CLERK

by <u>        </u>
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, and AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>NISSAN NORTH AMERICA, INC.<br><br>Defendant. | Civil Action No.: 4:17-cv-04871 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2017, I electronically filed a true and correct copy of the foregoing *Application for Admission of Attorney Pro Hac Vice* for Gary S. Graifman and Jay I. Brody with the Clerk of the Court using the CM/ECF system which will send notification to those attorneys who are duly registered with the CM/ECF System.

_____
Michelle Provost