1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone:    415-591-7500
4  Facsimile:    415-591-7510

5  MARSHALL L. BAKER (SBN 300987)
   marshall.baker@dbr.com
6  DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1500
7  Los Angeles, California 90067-1517
   Telephone:    310-203-4000
8  Facsimile:    310-229-1285

9  E. PAUL CAULEY (*pro hac vice*)
   paul.cauley@dbr.com
10 DRINKER BIDDLE & REATH LLP
   1717 Main Street, Suite 5400
11 Dallas, Texas 75201-7367
   Telephone:    469-357-2500
12 Facsimile:    469-327-0860

13 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AND AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>  Defendant. | Case No. 4:17-cv-04871-HSG<br><br>**JOINT STIPULATION TO EXTEND PAGE LIMIT OF NNA'S REPLY IN SUPPORT OF MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Date:  January 11, 2018<br>Time:  2:00 p.m.<br>Dept:  2 - 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Defendant Nissan North America, Inc. ("NNA") and Plaintiffs Michelle Falk, Indhu |
| 2 | Jayavelu, Patricia L. Cruz, Danielle Trotter, Amanda Macri, and Cynthia Garrison ("Plaintiffs"), |
| 3 | by and through their respective undersigned counsel of record, hereby stipulate to agree as |
| 4 | follows: |
| 5 | WHEREAS, pursuant to stipulated order (Dkt. No. 18), Plaintiffs filed their First |
| 6 | Amended Complaint ("FAC"), on September 27, 2017. *See* Dkt. No. 19. |
| 7 | WHEREAS, Plaintiffs' FAC asserts individual claims for Plaintiffs, and claims on behalf |
| 8 | of a nationwide class, or in the alternative, six subclasses of residents from Plaintiffs' respective |
| 9 | home states of California, Ohio, New York, Colorado, Massachusetts and Illinois ("Plaintiffs' |
| 10 | States"). |
| 11 | WHEREAS, Plaintiffs' FAC asserts 15 claims for relief, including claims for breach of |
| 12 | warranty under state and federal law, for alleged violation of eight (8) separate consumer |
| 13 | protection statutes in Plaintiffs' States, and for broad equitable, injunctive, and declaratory relief. |
| 14 | *See* FAC, Dkt. No. 19. |
| 15 | WHEREAS, NNA's filed its Motion to Dismiss Plaintiffs' FAC on October 26, 2017 |
| 16 | ("Motion"). *See* Dkt. No. 35. |
| 17 | WHEREAS, Pursuant to Stipulation Order (*see* Dkt. Nos. 18, 48), Plaintiffs filed their |
| 18 | thirty-page Opposition to NNA's Motion on December 1, 2017. *See* Dkt. No. 49. |
| 19 | WHEREAS, NNA's Reply in support of its Motion is due December 21, 2017. *See* Dkt. |
| 20 | No. 18. |
| 21 | WHEREAS, given the number and complexity of the claims asserted by Plaintiffs in the |
| 22 | FAC, and in order to provide NNA an opportunity to adequately address Plaintiffs' Opposition, |
| 23 | the Parties have agreed to provide NNA a five (5) page increase in the page limits set forth in |
| 24 | Civil L.R. 7-3(c) for purposes of its Reply in Support of its Motion. |
| 25 | THEREFORE, the Parties hereby stipulate and agree as follows: |
| 26 | • NNA's Reply memorandum in support of its Motion to Dismiss shall not exceed |
| 27 | twenty (20) pages in length, exclusive of the caption page, table of contents, and table |
| 28 | of authorities. |

| | |
|---|---|
| Dated: December 18, 2017 | DRINKER BIDDLE & REATH LLP |
| | By: /s/ Michael J. Stortz |
| | Michael J. Stortz |
| | Marshall L. Baker |
| | E. Paul Cauley, Jr. (*pro hac vice*) |
| | Attorneys for Defendant |
| | NISSAN NORTH AMERICA, INC. |
| Dated: December 18, 2017 | WHITFIELD BRYSON & MASON LLP |
| | By: /s/ Gary Mason |
| | Gary Mason (*pro hac vice*) |
| | Attorneys for Plaintiffs |

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of December, 2017 in San Francisco, California.

By: /s./ Michael J. Stortz
Michael J. Stortz

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/19/2017

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

90736974.1