| | |
|---|---|
| 1 | MICHAEL J. STORTZ (SBN 139386) |
| | michael.stortz@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, California 94105-2235 |
| | Telephone: 415-591-7500 |
| 4 | Facsimile: 415-591-7510 |
| 5 | MARSHALL L. BAKER (SBN 300987) |
| | marshall.baker@dbr.com |
| 6 | DRINKER BIDDLE & REATH LLP |
| | 1800 Century Park East, Suite 1500 |
| 7 | Los Angeles, California 90067-1517 |
| | Telephone: 310-203-4000 |
| 8 | Facsimile: 310-229-1285 |
| 9 | E. PAUL CAULEY, JR. (*pro hac vice*) |
| | paul.cauley@dbr.com |
| 10 | DRINKER BIDDLE & REATH LLP |
| | 1717 Main Street, Suite 5400 |
| 11 | Dallas, Texas 75201-7367 |
| | Telephone: 469-357-2500 |
| 12 | Facsimile: 469-327-0860 |

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AND AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 4:17-cv-04871-HSG<br><br>**JOINT STIPULATION TO PERMIT AMENDMENT OF COMPLAINT TO ADD PLAINTIFF; ORDER; DECLARATION OF MICHAEL J. STORTZ** |

| | |
|---|---|
| 1 | Defendant Nissan North America, Inc. ("NNA"), Plaintiffs Michelle Falk, Indhu Jayavelu, |
| 2 | Patricia L. Cruz, Danielle Trotter, Amanda Macri, and Cynthia Garrison ("Plaintiffs"), and Waldo |
| 3 | Leyva ("Leyva"), by and through their respective undersigned counsel of record, hereby stipulate |
| 4 | to and agree as follows: |
| 5 | WHEREAS, after filing this action on August 22, 2017, Plaintiffs filed their First |
| 6 | Amended Complaint ("FAC") on September 27, 2017 (D.E. 19); |
| 7 | WHEREAS, Plaintiffs seek to represent a proposed class of "[a]ll persons who purchased |
| 8 | and/or leased in the United States a model year 2013-2017 Nissan Sentra equipped with a |
| 9 | [continuously variable transmission]," and subclasses of persons who purchased and/or leased |
| 10 | such vehicles in California, Ohio, New York, Colorado, Massachusetts, and Illinois (FAC, ¶¶ |
| 11 | 112-113); |
| 12 | WHEREAS, NNA moved to dismiss Plaintiffs' FAC on October 26, 2017 (D.E. 35); |
| 13 | WHEREAS, following hearing on January 11, 2018, the Court has taken NNA's motion |
| 14 | under submission (D.E. 55); |
| 15 | WHEREAS, the Court issued a Scheduling Order on January 12, 2018 (D.E. 56), which |
| 16 | set a deadline of March 16, 2018 for further amendment of the Complaint in this action; |
| 17 | WHEREAS Leyva filed on September 11, 2017 a civil action in the United States District |
| 18 | Court for the Central District of California, under caption *Leyva v. Nissan North America, Inc.*, |
| 19 | Case No. 5:17-cv-01870 FMO ("*Leyva* Action"); |
| 20 | WHEREAS, in his First Amended Class Action Complaint filed on December 18, 2017, |
| 21 | Leyva seeks to represent a proposed class of "[a]ll individuals in the United States who purchased |
| 22 | or leased any 2012-2017 Nissan Sentra equipped with an Xtronic CVT" and one or more |
| 23 | subclasses; |
| 24 | WHEREAS, NNA moved to dismiss Leyva's First Amended Class Action Complaint on |
| 25 | January 12, 2018, and the motion remains pending; |
| 26 | WHEREAS, the putative class and one or more subclasses alleged in the *Leyva* Action |
| 27 | overlap with the alleged class and/or subclasses alleged in this action; and |
| 28 | WHEREAS, the *Falk* Plaintiffs, Leyva, and NNA desire to avoid the expense of |

duplicative discovery, and the potential waste of judicial resources;

THEREFORE, it is hereby stipulated to and agreed as follows:

1. On or before April 19, 2018, Leyva will dismiss the *Leyva* Action without prejudice.

2. Upon dismissal of the *Leyva* Action, counsel for Leyva may file a notice of appearance in the *Falk* action. Leyva shall be permitted to join this action as an additional named Plaintiff via amended complaint after the Court has ruled on the pending motion to dismiss. If Plaintiffs determine to file an amended Complaint that is limited solely to adding Leyva as an additional named Plaintiff, then Defendant will not oppose such amendment.

3. Leyva may not assert any claim for relief or cause of action not asserted by the Plaintiffs in their FAC in this action.

4. Leyva shall be bound by this Court's ruling on NNA's pending motion to dismiss in this action and may not assert any claim for relief or cause of action dismissed without leave to amend.

5. The applicable limitations period for Leyva's claims shall be tolled for the period from the date of the filing of the dismissal of the *Leyva* Action until the date that Leyva is added to this action.

6. The deadline to amend the Complaint in this action shall be continued to and including fourteen (14) days following the Court's ruling on NNA's pending motion to dismiss, or any other date that the Court may set in its ruling.

Dated: April 17, 2018  DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
    Michael J. Stortz
    Marshall L. Baker
    E. Paul Cauley, Jr. (*pro hac vice*)

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

/ / /
/ / /
/ / /
/ / /

Dated: April 17, 2018  WHITFIELD BRYSON & MASON LLP

By: /s/ Gary Mason
    Gary Mason (*pro hac vice*)

Attorneys for Plaintiffs

Dated: April 17, 2018  CAPSTONE LAW APC

By: /s/ Jordan L. Lurie
    Jordan L. Lurie

Attorney for Waldo Leyva

### **Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of April, 2018 in San Francisco, California.

By: /s/ Michael J. Stortz
    Michael J. Stortz

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: April 17, 2018

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE