1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone:    415-591-7500
4  Facsimile:    415-591-7510

5  MARSHALL L. BAKER (SBN 300987)
   marshall.baker@dbr.com
6  DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1500
7  Los Angeles, California 90067-1517
   Telephone:    310-203-4000
8  Facsimile:    310-229-1285

9  E. PAUL CAULEY (*pro hac vice*)
   paul.cauley@dbr.com
10 DRINKER BIDDLE & REATH LLP
   1717 Main Street, Suite 5400
11 Dallas, Texas 75201-7367
   Telephone:    469-357-2500
12 Facsimile:    469-327-0860

13 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                   OAKLAND DIVISION

18

| 19 | MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AND AMANDA MACRI, individually and on behalf of all others similarly situated, | Case No. 4:17-cv-04871-HSG |
|---|---|---|
| 22 | Plaintiffs, | **JOINT STIPULATION REGARDING PLAINTIFFS' SECOND AMENDED COMPLAINT AND NNA'S RESPONSE THERETO; ORDER; DECLARATION OF MICHAEL J. STORTZ** |
| 23 | v. | |
| 24 | NISSAN NORTH AMERICA, INC., | |
| 25 | Defendant. | |

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE PLAINTIFFS'
SECOND AMEND. COMPL. AND                    CASE NO. 4:17-CV-04871-HSG
NNA'S RESPONSE THERETO

1    Defendant Nissan North America, Inc. ("NNA"), Plaintiffs Michelle Falk, Indhu Jayavelu,

2    Patricia L. Cruz, Danielle Trotter, Amanda Macri, and Cynthia Garrison ("Plaintiffs"), and Waldo

3    Leyva ("Leyva"), by and through their respective undersigned counsel of record, hereby stipulate

4    to and agree as follows:

5        WHEREAS, after filing this action on August 22, 2017, Plaintiffs filed their First

6    Amended Complaint ("FAC") on September 27, 2017 (Dkt. No. 19).

7        WHEREAS, NNA moved to dismiss Plaintiffs' FAC on October 26, 2017 (Dkt. No. 35).

8        WHEREAS, following hearing on January 11, 2018, the Court took NNA's motion to

9    dismiss under submission (Dkt. No. 55).

10       WHEREAS, while NNA's motion to dismiss was under submission, the parties filed and

11   the Court granted a stipulation to permit the addition of Leyva to this action, following the

12   Court's ruling on NNA's then pending Motion to Dismiss. *See* Dkt. No. 61 (Joint Stipulation to

13   Permit Amendment of Complaint to Add Plaintiff, entered April 17, 2018).

14       WHEREAS, pursuant to the Joint Stipulation to Permit Amendment of Complaint to Add

15   Plaintiff ("Leyva Stipulation"), "Leyva would be permitted to join this action as an additional

16   named Plaintiff via amended complaint after the Court has ruled on [NNA's then] pending

17   motion to dismiss." *Id.* at 2:6-7.  Further, the parties agreed that "[i]f Plaintiffs determine to file

18   an amended Complaint that is limited solely to adding Leyva as an additional named Plaintiff,

19   then Defendant will not oppose such amendment." *Id.* at 2:7-9.  The parties further agreed that

20   "Leyva may not assert any claim for relief or cause of action not asserted by the Plaintiffs in their

21   FAC in this action." *Id.* at 2:10-11.  Finally, the parties agreed that "Leyva shall be bound by this

22   Court's ruling on NNA's [then] pending motion to dismiss in this action and may not assert any

23   claim for relief or cause of action dismissed without leave to amend." *Id.* at 2:12-14.

24       WHEREAS, on May 16, 2018, the Court granted in part and denied in part NNA's motion

25   to dismiss (Dkt. No. 62) ("Order Re NNA's MTD").

26       WHEREAS, in the Court's Order Re NNA's MTD, the Court ordered Plaintiffs to file any

27   amended complaint by June 6, 2018.  *See* Order Re NNA's MTD at 18.

28       WHEREAS, the Court further ordered that "[t]he amended complaint may not add new

1 | causes of action or plaintiffs, and the scope of leave to amend extends only to the claims

2 | identified [as being dismissed with leave to amend]." *Id.*

3 | WHEREAS, Plaintiffs have not yet determined whether they will seek to amend their

4 | complaint to address the claims dismissed by the Court with leave to amend, but Plaintiffs intend

5 | to amend to add Plaintiff Leyva to this action, pursuant to the Joint Stipulation to Permit

6 | Amendment of Complaint to Add Plaintiff (Dkt. No. 61).

7 | WHEREAS, such proposed amendment would comply with the restriction of the Leyva

8 | Stipulation that Leyva "not assert any claim for relief or cause of action not asserted by the

9 | Plaintiffs in their FAC in this action" which would also comply with the Court's Order that the

10 | Amended Complaint not add any new causes of action;

11 | WHEREAS, Plaintiffs will be prepared to file their amended complaint by June 6, 2018,

12 | the deadline set forth in the Court's Order Re NNA's MTD.

13 | WHEREAS, the parties have agreed that judicial economy would not be served by NNA

14 | filing an Answer to the FAC prior to the time for Plaintiffs' to file an amended complaint on June

15 | 6, 2018, and in order to also allow sufficient time for NNA to prepare its response to Plaintiffs'

16 | Second Amended Complaint, NNA shall have thirty (30) days to Answer or otherwise respond to

17 | Plaintiffs' Second Amended Complaint.

18 | WHEREAS, the schedule set forth herein will not otherwise impact any deadlines already

19 | set by the Court.

20 | THEREFORE, it is hereby stipulated to and agreed as follows:

21 | 1. Plaintiffs' shall file their Second Amended Complaint on or before June 6, 2018;

22 | 2. Plaintiffs' Second Amended Complaint may not add new causes of action, but may

23 | add Leyva as a Plaintiff in this action;

24 | 3. Leyva is bound by the rulings set forth in the Court's Order Re NNA's MTD (Dkt.

25 | No. 62);

26 | 4. No other parties may be added by way of the Second Amended Complaint;

27 | 5. The scope of amendment for Plaintiffs' Second Amended Complaint is otherwise

28 |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE PLAINTIFFS'
SECOND AMEND. COMPL. AND
NNA'S RESPONSE THERETO
- 2 -
CASE NO. 4:17-CV-04871-HSG

limited to the claims dismissed with leave to amend.  Any claim dismissed from the FAC without

leave to amend shall not be asserted in the Second Amended Complaint on behalf of any Plaintiff

or putative class member; and

      6.     NNA's deadline to Answer or otherwise respond to the Second Amended

Complaint is July 6, 2018.

Dated: May 30, 2018                      DRINKER BIDDLE & REATH LLP

                                      By: /s/ Michael J. Stortz
                                           Michael J. Stortz
                                           Marshall L. Baker
                                           E. Paul Cauley, Jr. (*pro hac vice*)

                                      Attorneys for Defendant
                                      NISSAN NORTH AMERICA, INC.

Dated: May 30, 2018                      WHITFIELD BRYSON & MASON LLP

                                      By: /s/ Gary Mason
                                           Gary Mason (*pro hac vice*)

                                      Attorneys for Plaintiffs

Dated: May 30, 2018                      CAPSTONE LAW APC

                                      By: /s/ Jordan L. Lurie
                                           Jordan L. Lurie

                                      Attorney for Waldo Leyva

### **Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Michael J. Stortz, hereby attest that I have obtained

concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed this 30th day of May, 2018 in San Francisco, California.

                                      By: /s/ Michael J. Stortz
                                         Michael J. Stortz

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE PLAINTIFFS'
SECOND AMEND. COMPL. AND          - 3 -          CASE NO. 4:17-CV-04871-HSG
NNA'S RESPONSE THERETO

# ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 31, 2018

Hon. Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE PLAINTIFFS'
SECOND AMEND. COMPL. AND          - 4 -          CASE NO. 4:17-CV-04871-HSG
NNA'S RESPONSE THERETO