# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Michelle Falk, et al )
)  Case No: 4:17-cv-4871
) 
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Nissan North America, Inc. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Russell D. Paul , an active member in good standing of the bar of Supreme Court of PA , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Shimon Yiftach , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1622 Locust Street <br> Philadelphia, PA 19103 | 1925 Century Park East, Suite 1990 <br> Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: <br> (215) 875-4601 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (424) 322-0322 |
| MY EMAIL ADDRESS OF RECORD: <br> rpaul@bm.net | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> shimony@bgandg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 71220 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/28/18

Russell D. Paul
_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Russell D. Paul is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/3/2018

Haywood S. Gill Jr.
_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Russell D. Paul, Esq.*

#### DATE OF ADMISSION

*December 28, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: April 13, 2018**

Patricia A. Johnson
Chief Clerk