UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AMANDA MACRI, AND WALDO LEYVA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation,<br><br>Defendant. | Case No. 4:17-CV-04871-HSG<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE RE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Having reviewed the Stipulation to Modify the Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint filed by Plaintiffs Michelle Falk, Indhu Jayavelu, Patricia L. Cruz, Danielle Trotter, Amanda Macri, Cynthia Garrison, and Waldo Leyva ("Plaintiffs"), and Defendant Nissan North America, Inc., ("Defendant") and good cause appearing, the **COURT ORDERS** as follows:

- Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss on or before August 10, 2018;
- Defendant shall file its Reply to Plaintiffs' Opposition on or before August 24, 2018.

Dated: 7/18/2018

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE