UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE FALK, WALDO LEYVA, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AND AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:17-cv-04871-HSG<br><br>**ORDER GRANTING DEFENDANT NISSAN NORTH AMERICA, INC.'S REQUEST FOR IN-PERSON APPEARANCE OF COUNSEL AT MARCH 5, 2019 CONFERENCE** |

ORDER GRANTING NNA'S REQUEST FOR IN-PERSON APPEARANCE OF COUNSEL AT MARCH 5, 2019 CONFERENCE — - 1 - — CASE NO. 4:17-CV-04871-HSG

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendant Nissan North America, Inc. ("NNA") seeks leave for its counsel to appear in-person at the March 5, 2019 Telephonic Conference scheduled in this action. Having considered NNA's request, and for good cause appearing therefore, the Court hereby orders as follows:

NNA's request is **GRANTED**. E. Paul Cauley, Jr. and Paul J. Riehle may appear in-person on behalf of NNA for the March 5, 2019 Conference.

**IT IS SO ORDERED.**

Dated: March 5, 2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING NNA'S REQUEST FOR IN-PERSON APPEARANCE OF COUNSEL AT MARCH 5, 2019 CONFERENCE — - 2 - — CASE NO. 4:17-CV-04871-HSG