Gary E. Mason*
**WHITFIELD BRYSON & MASON LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
T: (202) 429-2290
F: (202) 429-2294
gmason@wbmllp.com

*Attorney for Plaintiffs*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN  DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHELLE FALK, WALDO LEYVA, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, and AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>            Defendant. | Case No. 4:17-cv-04871-HSG<br><br>**JOINT STATUS REPORT AND MOTION TO STAY ALL PROCEEDINGS**<br><br>Date:    December 18, 2018<br>Time:    2:00 p.m.<br>Ctrm:   2<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

**JOINT STATUS REPORT AND
MOTION TO STAY ALL PROCEEDINGS**

NOW COME Plaintiffs Michelle Falk, Waldo Leyva, Indhu Jayavelu, Patricia L. Cruz, Danielle Trotter, Cynthia Garrison, and Amanda Macri ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and submit this Joint Status Report and Motion to Stay as follows:

1. This action is one of four related cases filed in federal courts asserting claims relating to the JATCO Continuously Variable Transmission ("CVT") in the 2011-2017 Nissan Sentra and 2011-2017 Nissan Versa, Versa Note, and Juke vehicles ("Class Vehicles").

2. On April 9, 2019, Plaintiffs in the above-captioned matter and plaintiffs from the other three related cases have entered into a class action settlement agreement (the "Settlement") with NNA, subject to court approval. The Settlement, if approved, would resolve all claims asserted by Plaintiffs in this case.

3. On June 6, 2019, an unopposed motion for preliminary approval of the Settlement was filed in a related case, *Norman v. Nissan North America, Inc.*, Case No. 3:18-cv-00588 (M.D. Tenn.) ("*Norman*"). The Middle District of Tennessee is the district in which NNA is headquartered. The undersigned Plaintiffs' counsel are counsel of record in the *Norman* case, negotiated the proposed Settlement, and are proposed co-lead class counsel. A preliminary approval hearing date has not been set, but is expected in the near future.

4. The Parties request that the Court stay all proceedings in this case pending consideration of the Settlement by the court in the *Norman* case. This request is in accordance with the Settlement Agreement, where all Parties have agreed that proceedings in all cases should be stayed, except for steps necessary to implement the Settlement, until the Fairness Hearing on approval of the Settlement.

5. Should the *Norman* court approve the Settlement, and the settlement thereafter become effective, Plaintiffs will move this Court to dismiss their claims here with prejudice.

6. To keep the Court informed, the Parties intend to provide periodic status reports on the progress of the settlement proceedings at such intervals as the Court would consider beneficial.

1    DATED: June 19, 2019

2

3    Respectfully submitted,                                    Respectfully submitted,

4

5    */s/ Gary E. Mason*                                        */s/ Adam J. Thurston*

6    Gary E. Mason*                                             Adam J. Thurston
     **WHITFIELD BRYSON & MASON LLP**                          **DRINKER BIDDLE & REATH LLP**

7    5101 Wisconsin Avenue NW, Suite 305                        1800 Century Park East, Suite 1400
     Washington, D.C. 20016                                     Los Angeles, CA 90067

8    T: (202) 429-2290                                          T: (310) 203-4000
     F: (202) 429-2294                                          F: (310) 229-1285

9    gmason@wbmllp.com                                          adam.thurston@dbr.com

10

11   Shimon Yiftach, Esq. (SBN 277387)                          Matthew J. Adler
     **BRONSTEIN, GEWIRTZ & GROSSMAN**                          Paul J. Riehle

12   1925 Century Park East, Suite 1990                         **DRINKER BIDDLE & REATH LLP**
     Los Angeles, CA 90067                                      Four Embarcadero Center, 27th Floor

13   T: (424) 322-0322                                          San Francisco, CA 94111
     F: (212) 697-7296                                          T: (415) 591-7500

14   shimony@bgandg.com                                         F: (415) 591-7510
                                                                matthew.adler@dbr.com

15   Jeffrey L. Osterwise*                                      paul.riehle@dbr.com

16   Lawrence Deutsch*
     Russell D. Paul*                                           E Paul Cauley, Jr.*

17   **BERGER & MONTAGUE P.C.**                                 **DRINKER BIDDLE & REATH LLP**

18   1818 Market Street, Suite 3600                             1717 Main Street, Suite 5400
     Philadelphia, PA 19103                                     Dallas, TX 75201

19   T: (215) 875-4642                                          T: (469) 357-2500
     F: (215) 875-4604                                          F: (469) 327-0860

20   josterwise@bm.net                                          paul.cauley@dbr.com
     rpaul@bm.net

21   ldeutsch@bm.net                                            *Counsel for Defendant Nissan North America, Inc.*

22
     Nicholas A. Migliaccio*

23   Jason S. Rathod*
     **MIGLIACCIO & RATHOD LLP**

24   412 H Street NE, Suite 302
     Washington, D.C. 20002

25   T: (202) 470-3520
     F: (202) 800-2730

26   nmiliaccio@classlawdc.com
     jrathod@classlawdc.com

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gary S. Graifman*
Jay I. Brody*
**KANTROWITZ GOLDHAMNER &**
**GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
T: (845) 356-2570
F: (845) 356-4335
ggraifman@kgglaw.com
jbrody@kgglaw.com

Cody R. Padgett
Tarek H. Zohdy
Mark A. Ozzello
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
T: (310) 556-4811
F: (310) 943-0396
cody.padgett@capstonelawyers.com
tarek.zohdy@capstonelawyers.com
mark@ozzellolaw.com

*Counsel for Plaintiffs Michelle Falk, et al.*

*\*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel

of record.

/s/ Gary E. Mason
Gary E. Mason