ADAM J. THURSTON (SBN 162636)
adam.thurston@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:    310-203-4000
Facsimile:    310-229-1285

PAUL J. RIEHLE (SBN 115199)
paul.riehle@dbr.com
MATTHEW J. ADLER (SBN 273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone:    415-591-7500
Facsimile:    415-591-7510

E. PAUL CAULEY, JR. (*pro hac vice*)
paul.cauley@dbr.com
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone:    469-357-2500
Facsimile:    469-327-0860

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE FALK, WALDO LEYVA, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AND AMANDA MACRI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 4:17-cv-04871-HSG<br><br>**JOINT STATUS REPORT** |

NOW COMES Plaintiffs Michelle Falk, Waldo Leyva, Indhu Jayavelu, Patricia L. Cruz, Danielle Trotter, Cynthia Garrison, and Amanda Macri (collectively, the "Plaintiffs") and Defendant Nissan North America, Inc. ("NNA" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and submit this Joint Status Report as follows:

1. The Court granted the Parties' joint motion to stay this case [ECF No. 98] on June 26, 2019. ECF No. 99. The case was stayed on the basis that the proposed class action settlement in a related case, *Weckworth v. Nissan North America, Inc. and Nissan Motor Co., Ltd.*, Case No. 3:18-cv-00588 (M.D. Tenn.) ("*Weckworth*"), will, if approved, result in a dismissal of this action. The Court stayed this case pending approval of the proposed settlement in *Weckworth* and directed the parties to file a status report every 90 days. [ECF No. 99].

2. On July 16, 2019, the Court in *Weckworth* granted Preliminary Approval of the settlement and appointed the undersigned Plaintiffs' counsel as Co-Lead Class Counsel.

3. The Settlement Administrator, Kurtzman Carson Consultants, LLC ("KCC"), is in the process of collecting addresses for Class Members from the departments of motor vehicles of the various states ("state DMVs") and preparing to disseminate the Notice of the proposed class action settlement approved by the Court in *Weckworth*. Because the proposed settlement class encompasses consumers who purchased or leased approximately 1.6 million Nissan Sentra, Versa and Versa Note vehicles, and given the length of time required to obtain the address records from the state DMVs, the notice process is expected to take at least several months.

4. The Court in *Weckworth* has scheduled a Fairness Hearing for May 11, 2020. Other key deadlines leading up to the Fairness Hearing are outlined below:

| DATE | DEADLINE |
| --- | --- |
| 12/13/19 | KCC to Complete Initial Mailing of Notice |
| 3/30/20 | Briefing on Final Approval of Settlement due |
| 4/13/20 | Deadline to file Objections to Settlement |
| 4/13/20 | Deadline to Request Exclusion from Settlement |
| 5/11/20 | Final Fairness Hearing |

5. Should the Court in *Weckworth* grant final approval of the class action settlement and the settlement thereafter become effective, Plaintiffs will move this Court to dismiss their claims here with prejudice.

Respectfully submitted,

Dated: September 16, 2019                     DRINKER BIDDLE & REATH LLP

By: /s/ Paul J. Riehle
Paul J. Riehle
Adam J. Thurston
E. Paul Cauley, Jr. (*pro hac vice*)
Matthew J. Adler

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

Dated: September 16, 2019                     BERGER & MONTAGUE, P.C.

By: /s/ Lawrence Deutsch
Lawrence Deutsch (*pro hac vice*)
Jeffrey L. Osterwise (*pro hac vice*)
1818 Market St., Suite 3600
Philadelphia, PA 19103
T: (215) 875-4642
F: (215) 875-4604
ldeutsch@bm.net
josterwise@bm.net

Gary E. Mason (*pro hac vice*)
WHITFIELD BRYSON & MASON LLP
5101 Wisconsin Ave., NW, Suite 305
Washington, D.C. 20016
T: (202) 429-2290
F: (202) 429-2294
gmason@wbmllp.com

Shimon Yiftach (SBN 277387)
Peretz Bronstein (*pro hac vice*)
BRONSTEIN, GEWIRTZ & GROSSMAN
1925 Century Park East, Suite 1990
Los Angeles, CA 90067
T: (424) 322-0322
F: (212) 697-7296
shimony@bgandg.com
peretz@bgandg.com

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)

MIGLIACCIO & RATHOD, LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
T: (202) 470-3520
F: (202 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Gary S. Graifman, Esq. (*pro hac vice*)
Jay I. Brody, Esq. (*pro hac vice*)
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
T: (845) 356-2570
F: (845) 356-4335
ggraifman@kgglaw.com
jbrody@kgglaw.com

Tarek H. Zohdy (SBN 247775)
Cody R. Padgett (SBN 275553)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Lost Angeles, CA 90067
T: (310) 556-4811
F: (310) 943-0396
tarek.zohdy@capstonelawyers.com
cody.padgett@capstonelawyers.com

Attorneys for Plaintiffs

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Paul J. Riehle, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of September, 2019 in San Francisco, CA.

/s/ Paul J. Riehle
Paul J. Riehle

120361310.1