UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE FALK, INDHU JAYAVELU, PATRICIA L. CRUZ, DANIELLE TROTTER, CYNTHIA GARRISON, AMANDA MACRI, AND WALDO LEYVA, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation,<br><br>Defendant. | Case No. 4:17-CV-04871-HSG<br><br>[PROPOSED] **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[Rule 41(a)(1)(A)(ii), F.R.Civ.P.]**<br><br>District Judge:  Hon. Haywood S. Gilliam, Jr.<br>Location:           1301 Clay Street<br>                          Oakland, CA 94612<br>                          Courtroom 2 – 4th Floor |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the stipulation of Plaintiffs Michelle Falk, Indhu Jayavelu, Patricia L. Cruz, Danielle Trotter, Amanda Macri, Cynthia Garrison, and Waldo Leyva ("Plaintiffs") and Defendant Nissan North America, Inc. ("Defendant") (collectively referred to as the "Parties"), this action and the individual claims of the Plaintiffs are hereby dismissed with prejudice.

Dated: 5/18/2020

By: *Haywood S. Gilliam Jr.*
Haywood S. Gilliam, Jr.
United States District Judge